USONA STAMPING WORKS, Respondent, *v.* PHILIP J. WAGNER, Appellant, Impleaded with Others.

*Usona Stamping Works* v. *Wagner*, 171 App. Div. 913, appeal dismissed.
(Argued October 2, 1916; decided October 10, 1916.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 2, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action for conversion.

The motion was made upon the ground that the Appellate Division had unanimously decided that the findings

of fact were supported by the evidence and that the exceptions present no question which may be reviewed.

*Walter L. Bunnell* for motion.

*Louis J. Halbert* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.